Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW LOREN HARBERT<br>AKA HEARTCORE MYTHNDARY MUUN,<br><br>Defendant. | CASE NO. MJ25-280<br><br>COMPLAINT for VIOLATION<br>Title 18, U.S.C., § 2252(a)(4)(B), (b)(2) |

BEFORE, The S. Kate Vaughan, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

## COUNT 1

### (Possession of Child Pornography)

On or about April 3, 2025, in King County, within the Western District of Washington, and elsewhere, the Defendant, MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN did knowingly possess matter that contained visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that

COMPLAINT/ MATTHEW LOREN HARBERT AKA HEARTCORE
MYTHNDARY MUUN - 1
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 had been mailed and shipped and transported in and affecting interstate and foreign
2 commerce by any means, including by computer, and the images of child pornography
3 involved include images of a prepubescent minor and a minor who had not attained 12
4 years of age.

5     All in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).
6 And the complainant states that this Complaint is based on the following information:

7     I, Audrey Ngadiran, having been duly sworn, state as follows:

## INTRODUCTION

9     1.     I am a Special Agent with the U.S. Department of Homeland Security,
10 Homeland Security Investigations (HSI), assigned to the Special Agent in Charge (SAC)
11 Seattle, Washington, field office. I have been employed as an HSI Special Agent since
12 2021. In my capacity as a Special Agent, I am responsible for conducting investigations
13 into the numerous federal laws enforced by HSI. Since 2022, I have investigated
14 criminal violations relating to child exploitation and child pornography, including
15 violations pertaining to the unlawful production, importation, distribution, receipt,
16 attempted receipt, and possession of child pornography and material involving the sexual
17 exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252(a), and 2252A(a).

18     2.     I am a graduate of the Federal Law Enforcement Training Center
19 (FLETC), HSI Special Agent Training Program and have received further specialized
20 training in investigating child pornography and child exploitation crimes. My training
21 included courses in law enforcement techniques, federal criminal statutes, conducting
22 criminal investigations, and the execution of search warrants. I have participated in the
23 execution of many search warrants which involved child exploitation and/or child
24 pornography offenses and the search and seizure of computers and other digital devices.
25 I am a member of the Internet Crimes Against Children (ICAC) Task Force in the
26 Western District of Washington, and work with other federal, state, and local law
27

COMPLAINT/ MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN - 2
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

3. As further detailed below, based on my investigation and the investigation of other law enforcement officers, I believe there is probable cause to conclude that MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN has committed the offense charged in this complaint namely, Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B), (b)(2).

4. The information contained in this affidavit consists of my personal knowledge gained through this investigation, information provided by other law enforcement agents involved in this investigation, information provided by witnesses and others with knowledge of the relevant events and circumstances, information gleaned from my review of evidence, and my training and experience. Because this affidavit is offered for the limited purpose of establishing probable cause, I list only those facts that I believe are necessary to support such a finding. I do not purport to list every fact known to me or others as a result of this investigation.

**SUMMARY OF PROBABLE CAUSE**

5. MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN has a lengthy criminal history of nearly three decades. On February 22, 2008, HARBERT was convicted of Possession of Depictions of Minors Engaged in Sexually Explicit Conduct in King County Superior Court. HARBERT was released from prison on October 9, 2009, at which time community supervision commenced under the custody of the Washington State Department of Corrections (DOC). HARBERT's community supervision included both standard and special conditions of probation including no possession of electronic devices unless authorized by assigned probation officer/Community Corrections officer (CCO).

COMPLAINT/ MATTHEW LOREN HARBERT AKA HEARTCORE
MYTHNDARY MUUN - 3
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

6. On November 25, 2015, in HARBERT was found guilty of Failure to Register as a Sex Offender and subsequently sentenced to 27 months imprisonment and 33 months of community custody. Consequently, HARBERT was subject to the following condition of supervision: Do not possess, use, access or view any sexually explicit material as defined by RCW 9.68.130 or erotic materials as defined by RCW 9.68.050 or any material depicting any person engaged in sexually explicit conduct as defined by RCW 9.68a.011(4) unless given prior approval by your sexual deviancy provider.

7. In July 2017, DOC officers arrested HARBERT for violating the conditions of his supervision as a registered sex offender. Incident to arrest, unapproved electronic devices were seized from his person and residence. In August 2017, the Seattle Police Department (SPD) obtained a search warrant for the seized devices. Pursuant to the search warrant, the forensic examination yielded positive results for child sexual abuse material (CSAM)/child pornography (CP). The case was later referred to Homeland Security Investigations (HSI) Seattle for federal prosecution.

8. On October 29, 2018, in U.S. District Court for the Western District of WA (WDWA), HARBERT pleaded guilty in violation of Title 18 U.S.C. §2252(a)(4)(B), Possession of Child Pornography and was subsequently sentenced on May 21, 2019, to serve 48 months of imprisonment, 15 years of supervised release, and ordered to pay $16,000 for victim restitution.

9. On August 25, 2022, HARBERT pleaded guilty to Failure to Register as a Sex Offender, his third such conviction, and was sentenced to 43 months imprisonment, and 36 months of community custody.

10. Following HARBERT's release from DOC on or about February 18, 2025, he commenced a period of supervised release with United States Probation and DOC for his sex offense convictions. HARBERT resided in Seattle at an approved shared housing managed by the Evergreen Housing Service. On April 3, 2025, DOC received notice

COMPLAINT/ MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN - 4
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

from HARBERT's housemates that they frequently smelled marijuana emanating from HARBERT's assigned bedroom. Consequently, DOC conducted a residence visit later that day. Upon contacting HARBERT, DOC discovered multiple violations of community custody, to include the following: (1) the possession of unmonitored internet-capable electronic devices; (2) failure to submit to a search by failing to provide passwords to internet-capable electronic devices; (3) possession of alcohol (Heineken); (4) refusing to submit to a search/drug testing and an oral swab; and (4) engaging in threating or assaulting behavior.

11. DOC arrested HARBERT, seized HARBERT's Motorola Moto G phone (IMEI: 352036367676036 and Motorola Moto G phone (IMEI: 352036367726906) (SUBJECT DIGITAL DEVICES), and photographed HARBERT's sexually explicit material depicting adults. HARBERT refused to submit to a search, refused an oral swab, refused to provide passcodes to the SUBJECT DEVICES as required by the conditions of community custody, and threatened the officers by stating, "I'm going to leave this earth and I'm going to make you guys do it," "you guys will have no authority over me," and "if you want me to leave this house, you're going to have to drag me out."

12. On April 4, 2025, HARBERT's password protected SUBJECT DIGITAL DEVICES were transferred from DOC to HSI and secured at the HSI Seattle office for forensic analysis. On May 6, 2025, a federal search warrant (Search Warrant #: MJ25-276) was obtained from the United States Court of the Western District of Washington, authorizing the search of the above-mentioned SUBJECT DIGITAL DEVICES.

13. I have examined cellular phone data extractions for each of the SUBJECT DIGITAL DEVICES. I observed Child Sexual Abuse Materials (CSAM) image files and videos on the Motorola Moto G phone (IMEI: 352036367676036). No CSAM was observed on the second Motorola Moto G phone (IMEI: 352036367726906). In sum, the SUBJECT DIGITAL DEVICES contained 743 images files and three video files depicting CSAM. Additionally, I identified 739 image files and 16 video files as child

COMPLAINT/ MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN - 5
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

sexually exploitative in nature (though not CSAM), or as "age difficult." Two CSAM files are described as follows:

      a.    An image file (File Name: IMG_1535.jpg) depicting a small girl with a man's penis inside of her mouth. The child is estimated to be approximately 5 - 7 years old due to her small frame, youthful facial features, lack of muscle definition, and her lack of development in secondary sex characteristics such as minimal breast size and lack of pubic hair. The girl is fully nude except for purple cuff restraints on her wrists and ankles, with her chest and genitals area fully visible.

      b.    An image file (File Name: IMG_1551.jpg) depicting a small girl holding a man's penis in her left hand and a purple object penetrating her anus. The child is estimated to be approximately 5 - 7 years old due to her small frame, youthful facial features, lack of muscle definition, and her lack of development in secondary sex characteristics such as minimal breast size and lack of pubic hair. The girl is visually similar in appearance to the girl depicted above based on facial features, hair color, skin complexion, and similarity in clothing accessories (File Name: IMG_1535.jpg). The girl is fully nude except for purple cuff restraints on her wrists, with her chest and genitals area fully visible. The girl is visible from the top of her head to her knees.

I have viewed these files and based on my training and experience, I believe the files described above meet the federal definition of child pornography, as defined in 18 U.S.C. 2256(8).

//

//

COMPLAINT/ MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN - 6
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# CONCLUSION

14. Based on the above facts, I believe that there is probable cause to conclude that MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN committed the offense of Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

_____
Audrey Ngadiran
Complainant, Special Agent
Department of Homeland Security
Homeland Security Investigations

Digitally signed by AUDREY J NGADIRAN
DN: cn=AUDREY J NGADIRAN, o=U.S. Government, ou=People, email=Audrey.J.Ngadiran@hsi.dhs.gov, c=US
Date: 2025-05-07T10:53:43-0700

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on this 8th day of May 2025.

DATED this 8th day of May 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

COMPLAINT/ MATTHEW LOREN HARBERT AKA HEARTCORE MYTHNDARY MUUN - 7
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970