Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____January 21_____ 20 26

By _____ Joshua C. Lewis
Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW LOREN HARBERT,
aka Heartcore Mythndary Muun,

Defendant.

NO. **CR 26-011 JCC**

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### Possession of Child Pornography

Beginning on a date unknown and continuing until on or about April 3, 2025, in King County, within the Western District of Washington, MATTHEW LOREN HARBERT, aka Heartcore Mythndary Muun, knowingly possessed, and attempted to do so, matter that contained any visual depiction—the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct—that was mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  that was produced using materials that had been so mailed and shipped and transported

2  by any means, including by computer, and any visual depiction involved in the offense

3  involved a prepubescent minor and a minor who had not attained 12 years of age.

4      All in violation of Title 18, United State Code, Sections 2252(a)(4)(B) and (b)(2).

5                    **FORFEITURE ALLEGATION**

6      The allegations contained in Count 1 of this Indictment are hereby realleged and

7  incorporated by reference for the purpose of alleging forfeiture.  Upon conviction of the

8  offense alleged in Count 1, MATTHEW LOREN HARBERT, aka Heartcore Mythndary

9  Muun, shall forfeit to the United States, pursuant to Title 18, United States Code, Section

10  2253(a), all property used to commit or to facilitate commission of the offense, any

11  proceeds of the offense, and any data files consisting of or containing visual depictions

12  within the meaning of Title 18, United States Code, Section 2253(a)(1), including but not

13  limited to:

14      a.      a Motorola Moto G phone (IMEI: 352036367676036), seized from the

15  defendant on or about April 3, 2025.

16      //

17      //

18      //

19

20

21

22

23

24

25

26

27

Indictment - 2
*United States v. Harbert*
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      **Substitute Assets.** If any of the above-described forfeitable property, as a result of

2 any act or omission of the defendant,

3         a.     cannot be located upon the exercise of due diligence;

4         b.     has been transferred or sold to, or deposited with, a third party;

5         c.     has been placed beyond the jurisdiction of the Court;

6         d.     has been substantially diminished in value; or,

7         e.     has been commingled with other property which cannot be divided

8              without difficulty,

9 it is the intent of the United States to seek the forfeiture of any other property of the

10 defendant, up to the value of the above-described forfeitable property, pursuant to

11 Title 21, United States Code, Section 853(p).

12

13                    A TRUE BILL:

14                    DATED: *01/21/2026*

15

16                    *Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

17

18                    FOREPERSON

19

20 CHARLES NEIL FLOYD
United States Attorney

21

22

23 MARCI L. ELLSWORTH
Assistant United States Attorney

24

25

26 CECELIA GREGSON
Assistant United States Attorney

27

Indictment - 3
*United States v. Harbert*
USAO No. 2025R00572

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970